```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *
                              *
v.                            *
                              *  Criminal No. WMN-07-0479
THURMAN BROWN                 *  Civil Action No. WMN-11-3010
                              *
   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

**MEMORANDUM**

After a three day trial, a jury found Defendant Thurman Brown guilty of being a convicted felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).  Based upon a finding that Defendant was an Armed Career Criminal, this Court imposed a sentence of 180 months of imprisonment, followed by a five-year term of supervised release.  Defendant filed a timely appeal and his conviction and sentence were affirmed.  <u>United States v. Brown</u>, No. 09-4452 (4th Cir. Sept. 17, 2010).  The issue on appeal was whether Defendant's 2003 state conviction for second degree assault qualified as a violent felony for purposes of the Armed Career Criminal Act.  The Fourth Circuit concluded that it did.

Defendant has now filed a Motion under § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody dated October 18, 2011.  ECF No. 110.  In completing the form provided by the Court for § 2255 motions, Defendant did not provide any grounds on which he believes he is entitled to

relief.  He does attach a letter to his form motion, but that letter provides no additional insight.  Because Defendant provides no grounds, whatsoever, for the relief sought, the motion will be denied.  A separate order will issue.

                                                           _____/s/_____  
                                                          William M. Nickerson  
                                                          Senior United States District Judge

DATED: March 27, 2012.